# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 23-1972 Peninsula Pathology Assocs. v. Am. Int'l Indus. |
|---|---|
| **Originating No. & Caption** | 4:22-mc-00001 Peninsula Pathology Assocs. v. Am. Int'l Indus. |
| **Originating Court/Agency** | U.S. District Court for the Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C § 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | 08/14/2023 |
| Date notice of appeal or petition for review filed | 09/13/2023 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.)

| Is settlement being discussed? | ○ Yes | ⦿ No |
|---|---|---|

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This case is about a third-party subpoena Appellant American International Industries ("A-I-I") served on Appellee Peninsula Pathology Associates ("PPA") to obtain documents relevant to its defense in Gref v. American International Industries, No. 1:20-cv-5589, pending in the Southern District of New York (the "Gref litigation"). The plaintiff in Gref alleges he contracted peritoneal mesothelioma as a result of exposure to cosmetic talcum powder. His causation experts rely on an article authored by one of PPA's pathologists, Theresa Emory, M.D. Dr. Emory authored one of the only two studies suggesting a link between cosmetic talc and mesothelioma.<br>    PPA moved to quash the subpoena in full. The Magistrate Judge held a hearing on the motion to quash. At the hearing, A-I-I offered to narrow the scope of its subpoena and put a protective order in place to ameliorate any concerns its subpoena would place an undue burden on PPA. Nonetheless, the Magistrate Judge granted PPA's motion to quash on the grounds that the information sought was minimally relevant to A-I-I's defense in the Gref litigation and the subpoena would impose an undue burden on PPA and Dr. Emory, both financially and professionally. A-I-I objected to this Order. The District Court affirmed the Magistrate Judge's Order finding his conclusion was not clearly erroneous. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Did the district court err in quashing A-I-I's third-party subpoena, as narrowed, which sought information relevant to the Gref litigation and which A-I-I narrowed to avoid any undue burden on PPA and Dr. Emory? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Peninsula Pathology Associates | Adverse Party: |
| Attorney: Kathryn M. Ali<br>Address:<br>　　　300 New Jersey Avenue NW, Suite 900<br>　　　Washington, D.C. 20001 | Attorney:<br>Address: |
| E-mail: katie.ali@alilockwood.com | E-mail: |
| Phone: 202-651-2476 | Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: American International Industries<br><br>Attorney: Robert E. Thackston<br>Address: 2101 Cedar Springs, Suite 1400<br>Dallas, TX 75201<br><br>E-mail: robert.thackston@lathropgpm.com<br><br>Phone: 469-983-6021 | Name: American International Industries<br><br>Attorney: Sylvia Macon Kastens<br>Address: 101 West Main Street, Suite 9000<br>Norfolk, VA 23510<br><br>E-mail: skastens@mcguirewoods.com<br><br>Phone: 757-640-3757 |
| **Appellant (continued)** ||
| Name: American International Industries<br><br>Attorney: Benjamin L. Hatch<br>Address: 101 West Main Street, Suite 9000<br>Norfolk, VA 23510<br><br>E-mail: bhatch@mcguirewoods.com<br><br>Phone: 757-640-3727 | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

Signature: /s/ Benjamin L. Hatch    Date: 10/2/2023

Counsel for: American International Industries

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

|  |  |
|---|---|
|  |  |

Signature:    Date: