# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| PENINSULA PATHOLOGY ASSOCIATES, | ) | |
| | ) | |
| | ) | |
| Petitioner-Appellee, | ) | No. 23-1972 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL INDUSTRIES, | ) | |
| | ) | |
| | ) | |
| Respondent-Appellant. | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S OPENING BRIEF AND JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), Appellant American International Industries ("A-I-I") requests an extension of 30 days, to and including December 13, 2023, to prepare and file its opening brief and the joint appendix in this appeal. In support of this request, A-I-I's counsel states as follows:

1.      A-I-I timely filed a notice of appeal in this matter on September 13, 2023, and this Court docketed the appeal on September 14, 2023.

2.      A-I-I's opening brief and the joint appendix are currently due on November 13, 2023.

3.      Counsel for A-I-I requires additional time to prepare A-I-I's opening brief and the joint appendix. This request for extension is necessary to accommodate

1

counsel's several other briefs due and hearings taking place in the time allotted to respond, including preparing and filing responsive pleadings on behalf of numerous defendants in a recently filed action.

4.      Good cause exists for the extension, and this motion is not made for any improper purpose or delay.

5.      This is A-I-I's first request for an extension for the opening brief and joint appendix.

6.      Counsel for A-I-I has conferred with counsel for Appellee Peninsula Pathology Associates, who does not object to this request.

## CONCLUSION

The Court should extend A-I-I's deadline to file its opening brief and the joint appendix by 30 days from November 13, 2023 to December 13, 2023.

Dated: October 9, 2023

/s/ Benjamin L. Hatch
Benjamin L. Hatch
Sylvia Macon Kastens
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
T: (757) 640-3700
F: (757) 640-3701
bhatch@mcguirewoods.com
skastens@mcguirewoods.com

Robert E. Thackston
LATHROP GPM LLP
2101 Cedar Springs Road
Suite 1400
Dallas, TX 75201
T: (469) 983-6023
F: (469) 983-6101
robert.thackston@lathropgpm.com

*Counsel for American International
Industries*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 232 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point size Times New Roman font.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch

*Counsel for American International Industries*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch

*Counsel for American International Industries*