# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 15, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.   23-1972,   <u>Peninsula Pathology Associates v. American International Industries</u>
4:22-mc-00001-AWA-DEM

TO:   American International Industries

BRIEF OR JOINT APPENDIX CORRECTION DUE:  December 20, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

[ X ] The court will not accept appendices containing "condensed" transcript wherein several pages of transcript appear on a single sheet. Please correct the appendix and the opening brief (citations in the brief to the JA may be off after the appendix is corrected) and refile as indicated above.

Taylor Barton, Deputy Clerk
804-916-2702