**McGuireWoods**

McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Phone: 757.640.3700
Fax: 775.640.3701
www.mcguirewoods.com

**Benjamin L. Hatch**
Direct: 757.640.3727
bhatch@mcguirewoods.com
Fax: 757.640.3947

July 25, 2024

Nwamaka C. Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

> Re: *Peninsula Pathology Associates v. American International Industries*, No. 23-1972 – Rule 28(j) Letter addressing Gref Plaintiff's withdrawal of reliance on the 2023 Moline Article

Dear Ms. Anowi,

We represent Appellant American International Industries ("A-I-I") in the above-captioned matter. We write regarding a development in the case underlying this appeal, *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589 (S.D.N.Y.).

As discussed in the opening brief, the Emory Article at the center of this appeal is "the 'only study' of cosmetic talc end users of any significance in the litigation." Br. at 18. That is because when A-I-I sought information regarding the subjects of a similar 2020 article from Dr. Jacqueline Moline, "Gref withdrew all reliance on Dr. Moline's paper." *Id.* at 18.

A-I-I also had noted in a footnote that Dr. Moline published a new similar paper in 2023 and that "[a]fter agreeing to withdraw reliance on Dr. Moline's 2020 paper, Gref attempted to *add* reliance on Dr. Moline's similar 2023 paper" though the validity of that maneuver was subject to motion practice. *Id.* at 18 n.2.

In the *Gref* case, A-I-I sought discovery into the subjects of that article, and now Gref has withdrawn reliance on *that* article as well, making clear it "will no longer play any role in this action." They submitted a letter stating:

> Plaintiff withdraws his experts' reliance in this case on Moline, J. et al., "Exposure to Cosmetic Talc and Mesothelioma," Journal of

July 25, 2024
Page 2

Environmental Medicine and Toxicology, Vol. 18, No. 1, January 2023 ("2023 Article"), which remains subject to pending motions. To be clear, this article will no longer play any role in this action. Accordingly, Plaintiff respectfully requests that all pending motions seeking additional discovery with respect to the Article, including non-party Northwell Health's motion to quash the subpoena served by the sole-remaining Defendant in this action, American International Industries, be denied as moot.

Ex. A.

This means that the *only* study of end users of cosmetic talc and mesothelioma that Gref attempts to pass off as "epidemiology" is the Emory Article, confirming the importance of discovery into that article that is at issue in this appeal.

Respectfully submitted,

*/s/ Benjamin L. Hatch*
Benjamin L. Hatch

*Counsel for Appellant American International Industries*

Cc: All counsel of record (via CM/ECF)

## CERTIFICATE OF SERVICE

This is to certify that I have this July 25, 2024, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all registered counsel.

/s/ *Benjamin L. Hatch*
Benjamin L. Hatch

*Counsel for Appellant American International Industries*

# Exhibit A



**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

*From the desk of:*
*Olivia P. Kelly, Esq.*

July 22, 2024

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Gref v. Am. Int'l Indus.*, et al., 20-cv-05589

Dear Judge Figueredo,

      In furtherance of Plaintiff's ongoing effort to resolve this matter and conserve judicial resources, Plaintiff withdraws his experts' reliance in this case on Moline, J. et al., "Exposure to Cosmetic Talc and Mesothelioma," Journal of Environmental Medicine and Toxicology, Vol. 18, No. 1, January 2023 ("2023 Article"), which remains subject to pending motions. To be clear, this article will no longer play any role in this action. Accordingly, Plaintiff respectfully requests that all pending motions seeking additional discovery with respect to the Article, including non-party Northwell Health's motion to quash the subpoena served by the sole-remaining Defendant in this action, American International Industries, be denied as moot.

      We thank the Court for its time and resources devoted to resolving these issues.

                                                           Respectfully yours,

                                                          Olivia P. Kelly

cc:    All Counsel of Record (via ECF)

*We stand for our clients.*

HEADQUARTERS — One Court Street, Alton, IL 62002, TEL: (618) 259-2222, FAX: (618) 259-2251
NEW YORK — 112 Madison Avenue, New York, NY 10016, TEL: (212) 784-6400, FAX: (212) 213-5949
CHICAGO — 230 W. Monroe, Suite 2221, Chicago, IL 60606, TEL: (312) 759-7500, FAX: (312) 759-7516
SAN FRANCISCO — 455 Market, Suite 1150, San Francisco, CA 94105, TEL: (415) 536-3986, FAX: (415) 537-4120
LOS ANGELES — 100 N. Sepulveda Blvd., Suite 1350, El Segundo, CA 90245, TEL: (310) 322-3555, FAX: (310) 322-3655
ST. LOUIS — 231 S. Bemiston, Suite 525, St. Louis, MO 63105, TEL: (800) 479-9533