# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 7, 2024

_____

RESPONSE REQUESTED

_____

No.    23-1972,       <u>Peninsula Pathology Associates v. American International Industries</u>
　　　　　　　　　　　4:22-mc-00001-AWA-DEM

TO:    American International Industries

RESPONSE DUE: 08/08/2024 by 12:00 noon

Response is required to the motion for abeyance on or before 08/08/2024 by 12:00 noon.

Tony Webb, Deputy Clerk
804-916-2702